UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 26615
   SHEILA E FAVRE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0075
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 07/19/2004 and was confirmed 10/06/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 09/21/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROUNDUP FUNDING LLC | SECURED | 14100.00 | 2166.62 | 14100.00 |
| ROUNDUP FUNDING LLC | UNSEC W/INTER | 6816.73 | 752.53 | 6816.73 |
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| OLD REPUBLIC INSURANCE | SECURED | 263.08 | 400.40 | 263.08 |
| SEARS ROEBUCK & CO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSEC W/INTER | 260.00 | 28.78 | 260.00 |
| CREDIT PROTECTION ASSOCI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| FIRST CONSUMERS NATIONAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSEC W/INTER | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSEC W/INTER | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | NOTICE ONLY | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSEC W/INTER | 650.15 | 71.85 | 650.15 |
| SIR FINANCE | UNSEC W/INTER | 1224.00 | 135.14 | 1224.00 |
| VAN RU CREDIT | UNSEC W/INTER | NOT FILED | .00 | .00 |
| TIMOTHY K LIOU | DEBTOR ATTY | 1,820.40 | | 1,820.40 |
| TOM VAUGHN | TRUSTEE | | | 1,615.16 |
| DEBTOR REFUND | REFUND | | | 305.46 |

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 30,610.30 | |
| PRIORITY | | .00 |
| SECURED | | 14,363.08 |
|     INTEREST | | 2,567.02 |
| UNSECURED | | 8,950.88 |
|     INTEREST | | 988.30 |
| ADMINISTRATIVE | | 1,820.40 |

                        PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 26615 SHEILA E FAVRE

```
TRUSTEE COMPENSATION                                    1,615.16
DEBTOR REFUND                                             305.46
                         ----------------    ----------------
TOTALS                        30,610.30           30,610.30
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 03/27/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE